UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CR-25-298-G-2 |
| | ) |
| FREDDY BENAVIDES PORTILLO, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Now before the Court is the Government's Motion to Dismiss Indictment (Doc. No. 92), filed January 14, 2026. The Government represents that it believes dismissal would serve the ends of justice. No response to the Motion was filed within the time allowed.

Having considered the Motion and the circumstances of this matter, the Court finds that dismissal is in the public interest and that the Motion should be and is hereby GRANTED. *See* Fed. R. Crim. P. 48(a); *Rinaldi v. United States*, 434 U.S. 22, 29 n.15 (1977); *United States v. Romero*, 360 F.3d 1248, 1251 (10th Cir. 2004).

IT IS THEREFORE ORDERED that the Indictment (Doc. No. 24) filed August 5, 2025, charging Defendant Freddy Benavides Portillo with violation of 21 U.S.C. §§ 846, 841(a)(1), and 856(a)(1), is DISMISSED WITHOUT PREJUDICE as to Defendant Benavides Portillo only.

IT IS SO ORDERED this 30th day of January, 2026.

_Charles B. Goodwin_
CHARLES B. GOODWIN
United States District Judge